**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

APPLIED ENERGY OF AR-LA-MS, INC.,                                   PLAINTIFF
an Arkansas corporation

v.                                  No. 5:14CV00180 JLH

PALL CORPORATION,
a New York corporation                                                        DEFENDANT

**ORDER OF REMAND**

Pursuant to the Opinion and Order entered separately today, this action is remanded to the Circuit Court of Jefferson County, Arkansas.

IT IS SO ORDERED this 2nd day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE